

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

EX PARTE: JAMES HILLARD,         §          No. 08-22-00179-CR

           Appellant.         §           Appeal from

        §          210th District Court

        §       of El Paso County, Texas

        §         (TC# 20220D02996)

§

# O R D E R

The record before us does not contain the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(a)(2), (d). The trial court is ordered to prepare and file with the trial court clerk within thirty days from the date of this order a certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d). The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than November 18, 2022.

IT IS SO ORDERED this 4th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.